## IN THE UNITED STATES OF AMERICA
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 5:22CR13 |
| | § | Judge Schroeder |
| JOHN MARK LEVERITT II | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that **DANIEL A. LOVELAND, JR.** hereby enters his appearance on behalf of the United States of America in the above-captioned matter. Please direct and serve all further notice and copies of pleadings, papers, and other material relevant to this action to Mr. Loveland at below address

/s/ Daniel A. Loveland, Jr.
Daniel A. Loveland, Jr.
Trial Attorney
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
DC Bar No. 1035457
450 5th Street NW
Washington, DC 20530
Tel: 202-476-0453
Email: Daniel.Loveland@usdoj.gov

Dated: January 6, 2023

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I caused the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which constitutes service to all registered parties.

/s/ Daniel A. Loveland, Jr.
Daniel A. Loveland, Jr.
Trial Attorney
U.S. Department of Justice, Antitrust Division
Washington Criminal II Section
DC Bar No. 1035457
450 5th Street NW
Washington, DC 20530
Tel: 202-476-0453
Email: Daniel.Loveland@usdoj.gov